679 A.2d 1265

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Stephen S. SKIBICKI, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 21, 1996.

### ORDER

PER CURIAM.

AND NOW, this 21st day of August, 1996, the order of the Superior Court is REVERSED and the matter is REMANDED for a new trial. *See Commonwealth v. Oleynik*, 524 Pa. 41, 568 A.2d 1238 (1990)(possible prejudice to a defendant from giving written instructions to a jury outweighs any benefit that such instructions might provide); *Commonwealth v. Baker*, 466 Pa. 382, 353 A.2d 406 (1976)(same).

It is further ordered that the Application to proceed **In Forma Pauperis is GRANTED.**